```
PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                              Case No. 10-40600 RN

**YVETTE LYNN HARWARD,**                                Chapter 13

          **Debtor.**                  **CERTIFICATE OF SERVICE**
_____/

    My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

    On November 30, 2010 served the within;

**MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee    U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list.**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 30, 2010      /s/ Joe P. Segura
                                    JOE P. SEGURA

Page 1 of 3

Case: 10-40600    Doc# 25-1    Filed: 11/30/10    Entered: 11/30/10 12:58:59    Page 1 of 3

| | |
|---|---|
| 1 | Wells Fargo Bank, N.A. |
| | c/o Wells Fargo Card Services |
| 2 | Recovery Department |
| | P.O. Box 9210 |
| 3 | Des Moines, IA 50306 |
| 4 | Discover Bank |
| | DFS Services LLC |
| 5 | PO Box 3025 |
| | New Albany, Ohio 43054-3025 |
| 6 | |
| | Department of the Treasury |
| 7 | Internal Revenue Service |
| | P.O. Box 21126 |
| 8 | Philadelphia, PA 19114 |
| 9 | U.S. Bank N.A. |
| | Bankruptcy Department |
| 10 | P.O. Box 5229 |
| | Cincinnati, OH 45201 |
| 11 | |
| | Wells Fargo Home Mortgage |
| 12 | 3476 Stateview Blvd |
| | MAC #x7801-014 |
| 13 | Fort Mill SC 29715 |
| 14 | Wells Fargo Bank, NA |
| | c/o Pite Duncan, LLP |
| 15 | 4375 Jutland Drive, Suite 200; |
| | P.O. Box 17933 |
| 16 | San Diego, CA 92177-0933 |
| 17 | American Infosource Lp As Agent for |
| | World Financial Network National Bank As |
| 18 | Ann Taylor |
| | PO Box 248872 |
| 19 | Oklahoma City, OK 73124-8872 |
| 20 | Wells Fargo Bank |
| | Overdraft Recovery Payment Proc Dept |
| 21 | A0143-042 |
| | P.O. Box 63491 |
| 22 | San Fransisco, CA 94163 |
| 23 | CR Evergreen, LLC |
| | MS 550 |
| 24 | PO Box 91121 |
| | Seattle, WA 98111-9221 |
| 25 | |
| | Wells Fargo Bank NA |
| 26 | PO Box 10438 |
| | Des Moines, IA 50306-0438 |

Audi Financial
PO Box 60144
City of Industry, CA 91716-0144

VW Credit, Inc.
PO Box 829009
Dallas, TX 75382-9009

Pite Duncan LLP
4375 Jutland Drive, Suite 200
Po Box 17933
San Diego, CA 92177-0933