PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-40600 WJL** |
| **YVETTE LYNN HARWARD,** | **Chapter 13** |
| **Debtor.** | **MOTION TO MODIFY CHAPTER 13 PLAN** |

_____/

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Debtor shall surrender the 2006 Audi A4 to Audi Financial. Commencing January 2013, debtor will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtor can no longer afford to keep the aforementioned vehicle as her expenses have increased.


Dated: January 3, 2013

                              /s/ Patrick L. Forte
                              PATRICK L. FORTE
                              Attorney for Debtor